United States Bankruptcy Court
District of Connecticut

In re:  
A Treasure Chest, LLC  
    Debtor

Case No. 15-20814-amn  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0205-2    User: bleible    Page 1 of 1    Date Rcvd: Dec 09, 2015  
    Form ID: 123    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2015.
```
db            +A Treasure Chest, LLC,   712 Brook Street,   Suite 105,   Rocky Hill, CT 06067-3447
cr             American Express Bank FSB,   c/o Becket and Lee LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
cr            +Berkshire Bank,   41 State Street,   Albany, NY 12207-2856
              +Financial Pacific Leasing, Inc.,   Attn: President / Bankruptcy Dept.,   3455 South 344th Way,
                Suite 300,   Auburn, WA 98001-9546
acc           +Justine Moriarty,   Miller Moriarty & Company, LLC,   35 Court Street,
                New Britain, CT 06051-2211
dbaty         +Law Offices of Ronald I. Chorches, LLC,   449 Silas Deane Hwy - 2nd Floor,
                Wethersfield, CT 06109-2120
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Dec 09 2015 18:36:31     Steven E. Mackey,
                Office of the U.S. Trustee,   The Giaimo Federal Building,   150 Court Street, Room 302,
                New Haven, CT 06510-2022
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             WEW 712 Brook Street LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2015 at the address(es) listed below:
```
            Abigail Hausberg    on behalf of U.S. Trustee    U. S. Trustee USTPREGION02.NH.ECF@USDOJ.GOV
            Gilbert B. Weisman    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
            Marjorie R. Gruszkiewicz    on behalf of Debtor    A Treasure Chest, LLC
              ronaldchorches@sbcglobal.net
            Peter J. Royer    on behalf of Creditor    Berkshire Bank proyer@mayocrowe.com
            Ronald Chorches    on behalf of Debtor    A Treasure Chest, LLC roncharcheslaw@sbcglobal.net
            Scott D. Rosen    on behalf of Creditor    WEW 712 Brook Street LLC srosen@cb-shea.com
            U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                              TOTAL: 7
```

# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
December 9, 2015

In re:
    A Treasure Chest, LLC
                Debtor*

Case Number: 15−20814 amn
Chapter: 11

### Order on Objection to Claim(s)

This matter having come before the Court after notice and a hearing on an Objection to a Claim of Financial Pacific Leasing Inc. pursuant to Fed. R. Bankr. P. 3007, and the Court having considered the objection and any filed response, and it appearing that cause exists to sustain the objection, it is hereby

ORDERED, that the claim of Financial Pacific Leasing Inc. , Claim No. 2 , in the amount of $$36,589.03 shall be, and hereby is, Disallowed in its entirety.

Dated: December 9, 2015

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 123 − bjl

*For the purposes of this order, "Debtor" means "Debtors" where applicable.